# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE DEJESUS SANTANA AGUILAR, | ) ) | No. CV 17-6414 CAS (FFM) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| RAYMOND MADDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: __May 22, 2018__

_Christine A. Snyde_
___ CHRISTINA A. SNYDER
United States District Judge